UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COREY BLOCKER,

    Plaintiff,

Case No. 1:23-cv-446

Hon. Paul L. Maloney

v.

ROBERT J. JONKER, *et al.*,

    Defendants.
_____/

### ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS*

This matter is now before the Court on plaintiff's application to proceed *in forma pauperis* (ECF No. 2). Pursuant to this Court's order in *Corey Blocker v. State of Michigan*, 1:21-cv-557 (July 6, 2021) (ECF No. 5), plaintiff's most recent complaint entitled "Motion to collateral attack case 1:23-cv-283 for the fraud upon the Court committed by Robert J. Jonker, also a motion for a summary judgment hearing and evidence hearing to prove Robert J. Jonker's guilt" (ECF No. 1) would not survive screening under the standards of 28 U.S.C. § 1915(e)(2). Accordingly, plaintiff's application for leave to proceed *in forma pauperis* is **DENIED**.

Plaintiff must submit the **$402.00** filing fee within **28 days** of the date of this order, or this action will be dismissed.

**IT IS SO ORDERED.**

Date:  May 18, 2023      /s/  Paul L. Maloney
                                            Paul L. Maloney
                                            United States District Judge