UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COREY BLOCKER,

    Plaintiff,

v.

    Case No. 1:23-cv-446

ROBERT J. JONKER, et al.,

    HONORABLE PAUL L. MALONEY

    Defendants.
_____/

## ORDER OF DISMISSAL

On May 18, 2023, an Order issued denying Plaintiff leave to proceed in forma pauperis (ECF No. 8). Plaintiff was ordered to submit the $402.00 filing fee within 28 days of the date of the order and was warned that failure to pay the filing fee would result in dismissal of the case. Plaintiff appealed the denial of pauper status to the Sixth Circuit Court of Appeals (ECF No. 10). On July 10, 2023, the Sixth Circuit Court of Appeals dismissed the appeal for want of prosecution because he failed to pay the filing fee in the Court of Appeals (ECF No. 17).

A review of the court records reflects that Plaintiff has not paid the $402.00 filing fee due in this court and 37 days have elapsed since the appellate court dismissed the appeal. Therefore,

**IT IS HEREBY ORDERED** that this case is DISMISSED for want of prosecution.

Dated:  August 16, 2023

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge